IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL VALLEJO RECIO, (TDCJ-CID #598857) <br> Plaintiff, <br><br> vs. <br><br> OFFICER PACE, *et al.*, <br><br> Defendants. | § § § § § § § § § § CIVIL ACTION H-15-2612 |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Potter County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Clements Unit, where he is confined and which is located in Potter County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Northern District of Texas, Amarillo Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED at Houston, Texas, on _Sept. 29_, 2015.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2015\15-2612.a01.wpd